UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MAXUM INDEMNITY COMPANY,

    Plaintiff,

v.

MILLER CONTRACTING
SERVICES, INC., et al,

    Defendants.                                   No. 13-cv-180-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on December 12, 2013 (Doc. 34), this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                             BY:     /s/*Sara Jennings*
                                         Deputy Clerk

Dated:  February 14, 2014

Digitally signed by David R. Herndon
Date: 2014.02.14 11:55:57 -06'00'

APPROVED:
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**